**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

APR 11 2016

JAMES W. McCORMACK, CLERK
By:_____
                              DEP CLERK

| | |
|---|---|
| ARcare db/a Parkin Drug Store, on behalf of itself and all others similarly situated,    ) ) ) | No. 4:16cv 199-KGB |
| Plaintiff,    ) ) | **CLASS ACTION COMPLAINT** |
| v.    ) ) | **Demand for Jury Trial** |
| KY MEDS, INC.,    ) ) | |
| Defendant.    ) ) | |

## CLASS ACTION COMPLAINT

Plaintiff, ARcare db/a Parkin Drug Store ("Plaintiff"), on behalf of itself and all others similarly situated, brings this Complaint against KY Meds Inc. ("Defendant") for violations of the federal Telephone Consumer Protection Act ("TCPA"). Plaintiff seeks certification of its claims against Defendant as a class action. In support, Plaintiff states as follows:

## INTRODUCTION

1. This case challenges Defendant's policy and practice of faxing unsolicited advertisements without providing an opt-out notice as required by law.

2. Congress enacted the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, to regulate the fast-growing expansion of the telemarketing industry. As is pertinent here, the TCPA and its implementing regulations prohibit persons within the United States from sending advertisements via fax without including a detailed notice that allows recipients to expeditiously opt out of receiving future solicitations.

3. Junk faxes disrupt recipients' peace, drain recipients' paper, ink, and toner, and cause recipients tangible damages. Junk faxes also cause recipients to waste valuable time retrieving and discerning the purpose of the faxes; prevent fax machines from receiving and sending authorized faxes; and cause undue wear and tear on recipients' fax machines. Plaintiff

This case assigned to District Judge _Baker_
and to Magistrate Judge _Volpe_

offers pharmaceutical services and must use its fax machine to receive communications about patients. That purpose is impeded when Plaintiff's fax machine is invaded by junk faxes.

4.      The TCPA provides a private right of action and statutory damages of $500 per violation, which may be trebled when the violation is willing or knowing.

5.      On behalf of itself and all others similarly situated, Plaintiff brings this case under the TCPA to recover declaratory relief, damages for violations of the TCPA, and an injunction prohibiting Defendant from future TCPA violations.

## JURISDICTION AND VENUE

6.      This Court has personal jurisdiction over Defendant since at all relevant times Defendant has transacted business within the State of Arkansas through its sending of facsimiles to Arkansas residents. Defendant further receives revenue from business it transacts in Arkansas.

7.      This Court has subject-matter jurisdiction over Plaintiff's TCPA claim pursuant to 28 U.S.C. § 1331.

8.      Venue in proper in this district, where a substantial part of the events giving rise to the claim occurred and where a substantial part of the property that is the subject of this action is situated.

## PARTIES

9.      Plaintiff, ARcare is an Arkansas non-profit corporation located in Augusta, Arkansas.  Among other entities, ARcare owns and operates the Parkin Drug Store.

10.      Defendant KY Meds, Inc. is a company that serves as a pharmaceutical wholesaler for hospitals and retail pharmacies. It has its principal place of business in Louisville, Kentucky and is organized under the laws of Kentucky.

## FACTS

11.     From May 14, 2016 to March 22, 2016, Defendant sent a total of 17 unsolicited advertisements to Plaintiff's ink-and-paper facsimile machine. These faxes advertise a number of medications (the "Product"). The initial facsimile, dated May 14, 2015, is attached hereto and marked as Exhibit A. The subsequent facsimiles are attached as Exhibit B (the "Exhibits").

12.     The Exhibits are samples of the junk faxes Defendant sends. Upon information and belief, Plaintiff has received multiple fax advertisements from Defendant similar to the Exhibits.

13.     Defendant did not have Plaintiff's prior express invitation or permission to send advertisements to Plaintiff's fax machine.

14.     Defendant's faxes do not contain opt-out notices that comply with the requirements of the TCPA.

## CLASS ALLEGATIONS

15.     In accordance with Fed. R. Civ. P. 23, Plaintiff brings this action on behalf of the following class of persons (the "Class"):

> **All persons and entities who hold telephone numbers that received a facsimile transmission from Defendant at any time during the applicable statute of limitations to present (the "Class Period") that 1) promotes Defendant's products and 2) contains an opt-out notice identical or substantially similar to that contained on the facsimile advertisements attached as Exhibits A and B to the Complaint.**

16.     Further, Plaintiff also seeks to certify the following sub-class of persons (the "Subclass") regarding :

> **All persons and entities, residing in the State of Arkansas, who hold telephone numbers that received a facsimile transmission from Defendant at any time during the applicable statute of limitations to present (the "Class Period") that 1) promotes**

**Defendant's products and 2) contains an opt-out notice identical or substantially similar to that contained on the facsimile advertisements attached as Exhibits A and B to the Complaint.**

17.     Plaintiff reserves the right to modify or amend the definition of the proposed Class before the Court determines whether certification is proper, as more information is gleaned in discovery.

18.     Excluded from the Class are Defendant, any parent, subsidiary, affiliate, or controlled person of Defendant, as well as the officers, directors, agents, servants, or employees of Defendant and the immediate family members of any such person. Also excluded are any judge who may preside over this case and any attorneys representing Plaintiff or the Class.

19.     <u>Numerosity [Fed R. Civ. P. 23(a)(1)]</u>. The Members of the Class are so numerous that joinder is impractical. Upon information and belief, Defendant has sent illegal fax advertisements to hundreds if not thousands of other recipients.

20.     <u>Commonality [Fed. R. Civ. P. 23(a)(2)]</u>. Common questions of law and fact apply to the claims of all Class Members and include (but are not limited to) the following:

    (a)   Whether Defendant sent faxes advertising the commercial availability of property, goods, or services;

    (b)   The manner and method Defendant used to compile or obtain the list of fax numbers to which it sent Exhibits A and B and other fax advertisements;

    (c)   Whether Defendant faxed advertisements without first obtaining the recipient's prior express permission or invitation;

    (d)   Whether Defendant's advertisements contained the opt-out notice required by law;

    (e)   Whether Defendant sent the fax advertisements knowingly or willfully;

4

(f)   Whether Defendant violated 47 U.S.C. § 227;

(g)   Whether the Defendant's violation of the TCPA constituted an unfair practice in violation of ADTPA;

(h)   Whether Plaintiff and the other Class Members are entitled to actual and/or statutory damages;

(i)   Whether the Court should award treble damages; and

(j)   Whether Plaintiff and the other Class Members are entitled to declaratory, injunctive, and/or other equitable relief.

21.   Typicality [Fed. R. Civ. P. 23(a)(3)].  Plaintiff's claims are typical of the claims of all Class Members. Plaintiff received an unsolicited fax advertisement from Defendant during the Class Period. Plaintiff makes the same claims that it makes for the Class Members and seeks the same relief that it seeks for the Class Members. Defendant has acted in the same manner toward Plaintiff and all Class Members.

22.   Fair and Adequate Representation [Fed. R. Civ. P. 23(a)(4)]. Plaintiff will fairly and adequately represent and protect the interests of the Class. It is interested in this matter, has no conflicts, and has retained experienced class counsel to represent the Class.

23.   Predominance and Superiority [Fed. R. Civ. P. 23(b)(3)]. For the following reasons, common questions of law and fact predominate and a class action is superior to other methods of adjudication:

(a)   Proof of Plaintiff's claims will also prove the claims of the Class without the need for separate or individualized proceedings;

(b) Evidence regarding defenses or any exceptions to liability that Defendant may assert will come from Defendant's records and will not require individualized or separate inquiries or proceedings;

(c) Defendant has acted and continues to act pursuant to common policies or practices in the same or similar manner with respect to all Class Members;

(d) The amount likely to be recovered by individual Members of the Class does not support individual litigation. A class action will permit a large number of relatively small claims involving virtually identical facts and legal issues to be resolved efficiently in one proceeding based on common proofs;

(e) This case is inherently well-suited to class treatment in that:

    (i) Defendant identified persons or entities to receive its fax transmissions, and it is believed that Defendant's computer and business records will enable Plaintiff to readily identify Class Members and establish liability and damages;

    (ii) Common proof can establish Defendant's liability and the damages owed to Plaintiff and the Class;

    (iii) Statutory damages are provided for in the statutes and are the same for all Class Members and can be calculated in the same or a similar manner;

    (iv) A class action will result in an orderly and expeditious administration of claims, and it will foster economies of time, effort, and expense;

    (v) A class action will contribute to uniformity of decisions concerning Defendant's practices; and

6

(vi) As a practical matter, the claims of the Class are likely to go unaddressed absent class certification.

## CLAIMS FOR RELIEF

## COUNT ONE

**Violations of the Telephone Consumer Protection Act**
*47 U.S.C. § 227(b)(1)(C) and 47 C.F.R. § 64.1200(a)(4)*

24.    Plaintiff hereby incorporates by reference each of the preceding paragraphs as though fully set forth herein.

25.    The TCPA provides strict liability for sending fax advertisements in a manner that does not comply with the statute. Recipients of fax advertisements have a private right of action to seek an injunction or damages for violations of the TCPA and its implementing regulations. 47 U.S.C. § 227(b)(3).

26.    The TCPA makes it unlawful to send any "unsolicited advertisement" via fax unless certain conditions are present. 47 U.S.C. § 227(b)(1)(C). "Unsolicited advertisement" is defined as "any material advertising the commercial availability or quality of any property, goods, or services which is transmitted to any person without that person's prior express invitation or permission, in writing or otherwise." 47 U.S.C. § 227(a)(5).

27.    Unsolicited faxes are illegal if the sender and recipient do not have an "established business relationship." 47 U.S.C. § 227(b)(1)(C)(i). "Established business relationship" is defined as "a prior or existing relationship formed by a voluntary two-way communication between a person or entity and a business or residential subscriber with or without an exchange of consideration, on the basis of an inquiry, application, purchase or transaction by the business or residential subscriber regarding products or services offered by

7

such person or entity, which relationship has not been previously terminated by either party." 47 U.S.C. § 227(a)(2); 47 C.F.R. § 64.1200(f)(6).

28.     Regardless of whether the sender and recipient have an established business relationship, and regardless of whether the fax is unsolicited, a faxed advertisement is illegal unless it includes an opt-out notice on its first page that complies with the TCPA's requirements. *See* 47 U.S.C. § 227(b)(1)(C)(iii); 47 C.F.R. § 64.1200(a)(4)(iv). To comply with the law, an opt-out notice must (1) inform the recipient that the recipient may opt out of receiving future faxes by contacting the sender; (2) provide both a domestic telephone number and a facsimile machine number—one of which must be cost-free—that the recipient may contact to opt out of future faxes; and (3) inform the recipient that the sender's failure to comply with an opt-out request within thirty days is a violation of law. *See* 47 U.S.C. § 227(b)(2)(D); 47 CFR § 64.1200(a)(4)(iii).

29.     Defendant faxed unsolicited advertisements to Plaintiff that did not have compliant opt-out notices, in violation of 47 U.S.C. § 227(b)(1)(C) and 47 C.F.R. § 64.1200(a)(4).

30.     Defendant knew or should have known (a) that Plaintiff had not given express invitation or permission for Defendant to fax advertisements about its products; (b) that Defendant's faxes did not contain a compliant opt-out notice; and (c) that the Exhibits are advertisements.

31.     Defendant's actions caused actual damage to Plaintiff and the Class Members. Defendant's junk faxes caused Plaintiff and the Class Members to lose paper, toner, and ink consumed in the printing of Defendant's faxes through Plaintiff's and the Class Members' fax

machines. Defendant's faxes cost Plaintiff and the Class Members time that otherwise would have been spent on Plaintiff's and the Class Members' business activities.

32.     In addition to statutory damages (and the trebling thereof), Plaintiff and the Class are entitled to declaratory and injunctive relief under the TCPA.

## COUNT TWO

### Violations of the Arkansas Deceptive Trade Practices Act
*Ark. Code Ann. §§ 4-88-101, et seq.*

33.     Plaintiff hereby incorporates by reference each of the preceding paragraphs as though fully set forth herein.

34.     Plaintiff, Members of the Sub-Class, and Defendant are persons within the meaning of Ark. Code Ann. § 4-88-102(5).

35.     Defendant's acts and practices—including, but not limited to, sending unsolicited fax advertisements to persons without adequate opt-out notices—amount to "[d]eceptive and unconscionable trade practices," as proscribed by Ark. Code Ann. § 4-88-107(a).

36.     The practices described herein also offend established public policy regarding the protection of the consuming public and legitimate business enterprises against companies, like Defendant, who engage in unfair methods of competition.

37.     Defendant's conduct, which caused substantial injury to Plaintiff and the Sub-Class could have been avoided, and is not outweighed by countervailing benefits to any consumers or competition.

38.     Plaintiff and Members of the Sub-Class suffered actual injury as the result of Defendant's acts, practices, and omissions.

39.    In addition to actual damages, Plaintiff and the Sub-Class are entitled to declaratory and injunctive relief as well as reasonable attorney's fees and costs pursuant to Ark. Code Ann. § 4-88-113(f).

## REQUEST FOR RELIEF

WHEREFORE Plaintiff, individually and on behalf of all others similarly situated, respectfully requests that this Court:

a)    Determine that this action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure;

b)    Declare Defendant's conduct to be unlawful under the TCPA;

c)    Award damages under the TCPA for each violation in the amount of actual monetary loss or $500, whichever is greater, and treble those damages;

d)    Award actual damages under ADTPA;

e)    Enjoin Defendant from additional violations;

f)    Award Plaintiff and the Class their attorney's fees and costs;

g)    Grant such other legal and equitable relief as the Court may deem appropriate.

## JURY DEMAND

Plaintiff and the Members of the Class hereby request a trial by jury.

DATED: April 11, 2016

Respectfully submitted,

By:

Randall K. Pulliam
rpulliam@cbplaw.com
Allen Carney
Joseph Henry "Hank" Bates
**CARNEY BATES & PULLIAM, PLLC**
2800 Cantrell Rd., Suite 510
Little Rock, Arkansas 72202
Telephone:   (501) 312-8500
Facsimile:   (501) 312-8505

11

# EXHIBIT A



| | Phone | | Email | | Fax |
|---|---|---|---|---|---|

**502-650-9924 | Robert@Kymeds.com | 877-683-2065**

| DESCRIPTION | NDC | SALE | ORDER QTY |
|---|---|---|---|
| **AMITRIPTYLINE 25MG 1000 COUNT   2/16 DATING** | **00603-2213-32** | **$88** | |
| CLOMIPRAMINE 50MG CAP 100 COUNT | 00781-2037-01 | $628 | |
| **ECONAZOLE NITRATE 1% CREAM 30GM** | **51672-1303-02** | **$88** | |
| **ECONAZOLE NITRATE 1% CREAM 85GM** | **51672-1303-08** | **$198** | |
| FLUCINOLONE 0.025% OINT 15GM | 00168-0064-15 | $12.88 | |
| FREESTYLE LITE NFR 50* | 99073-0708-19 | $46* | |
| IMIPRAMINE 50MG TAB 1000 COUNT | 00781-1766-10 | $12.88 | |
| **LIDOCAINE 5% OINT 35.44GM** | **50383-0933-35** | **$148** | |
| METIPRANOLOL 0.3% OPHTH SOL 5ML | 61314-0447-05 | $11.88 | |
| METIPRANOLOL 0.3% OPHTH SOL 10ML | 61314-0447-10 | $20.88 | |
| METRONIDAZOLE 0.75% VAG GEL 70GM | 00781-7077-87 | $88 | |
| METRONIDAZOLE 0.75% TOP GEL 45GM | 00168-0275-45 | $38 | |
| NADOLOL 40MG TAB 1000 COUNT  2/16 DATING | 00781-1182-10 | $228 | |
| NADOLOL 80MG TAB 90 COUNT | 00781-1183-92 | $108 | |
| **NAPROXEN SOD TAB 550MG 500 COUNT** | **53746-0194-05** | **$35** | |
| PROCTOSOL HC CREAM 2.5% 1 OZ | 10631-0407-01 | $28 | |
| TACROLIMUS 5MG CAPS 100 COUNT | 00781-2104-01 | $218 | |
| ONE TOUCH ULTRA DME 50* | 53885-0000-75 | $45* | |

Sales pricing valid 5/14/15 – 5/19/15, or while supplies last. Prices subject to change. To order by fax simply fill this in quantity needed and fax back to 877-683-2065, your rep will call you to confirm order. $150 Minimum order. 2-3 days for shipping.  *Test strip minimum order of 24*

Pharmacy Name/Contact Number_____

Hate faxes??? Join our email list for weekly specials. Email:_____

Fax to be removed _____

# EXHIBIT B



|  | Phone | Email | Fax |
|---|---|---|---|
| | 502-650-9924 | Robert@Kymeds.com | 877-683-2065 |

| DESCRIPTION | NDC | SALE | QTY |
|---|---|---|---|
| AMITRIPTYLINE 25MG 1000 COUNT   2/16 EXP | 00603-2213-32 | $88 | |
| **CLOMIPRAMINE 50MG CAP 100 COUNT** | **00781-2037-01** | **$618** | |
| ECONAZOLE NITRATE 1% CREAM 30GM | 51672-1303-02 | $88 | |
| ECONAZOLE NITRATE 1% CREAM 85GM | 51672-1303-08 | $198 | |
| **ERYTHROMYCIN-BENZOYL 3%-5% 46.6GM GEL** | **45802-0083-86** | **$98** | |
| LIDOCAINE 5% OINT 35.44GM | 50383-0933-35 | $148 | |
| METRONIDAZOLE 0.75% VAG GEL 70GM | 00781-7077-87 | $88 | |
| NAPROXEN SOD TAB 550MG 500 COUNT | 53746-0194-05 | $35 | |
| **OFLOXACIN 0.3% OTIC DROP 5ML** | **61314-0015-05** | **$58** | |
| **OFLOXACIN 0.3% OTIC DROP 10ML** | **24208-0410-10** | **$98** | |
| PROPRANOLOL 10MG TAB 1000 CT 10/15 EXP | 00378-0182-10 | $88 | |
| PROCTOSOL HC CREAM 2.5% 1 OZ | 10631-0407-01 | $28 | |

Sales pricing valid 5/21/15 – 5/28/15, or while supplies last. Prices subject to change. To order by fax simply fill this in quantity needed and fax back to 877-683-2065, your rep will call you to confirm order. $150 Minimum order. 2-3 days for shipping.

Pharmacy Name/Contact Number_____

Hate faxes??? Join our email list for weekly specials. Email:_____

Fax # to be removed _____



| | Phone | Email | Fax |
|---|---|---|---|
| | 502-650-9924 | Robert@Kymeds.com | 877-683-2065 |

---

**New item\*** **NOVOLIN**   70/30-$39   N-$38   R-$38

\*24 MINIMUM (Mix & Match!)

---

| DESCRIPTION | NDC | SALE | QTY |
|---|---|---|---|
| AMITRIPTYLINE 25MG 100 COUNT | 00378-2610-01 | $29 | |
| AMITRIPTYLINE 50MG 100 COUNT | 00781-1488-01 | $38 | |
| AMITRIPTYLINE 50MG 100 COUNT | 00378-2650-10 | $38 | |
| AMITRIPTYLINE 50MG 1000 COUNT (4 LEFT) | 00781-1488-10 | $328 | |
| BUMETANIDE 2MG TAB 100 COUNT | 00093-4234-01 | $98 | |
| BUMETANIDE 0.5MG TAB 100 COUNT | 00093-4232-01 | $58 | |
| CEFUROXIME AXETIL 250MG 20 CT (5 LEFT) | 64679-0921-01 | $28 | |
| CLOMIPRAMINE 50MG CAP 100 COUNT | 00781-2037-01 | $618 | |
| **ERYTHROMYCIN-BENZOYL 3%-5% 46.6GM GEL** | **45802-0083-86** | **$98** | |
| HYDROXYCHLOROQUINE 200MG 100 COUNT | 63304-0296-01 | $158 | |
| LIDOCAINE 5% OINT 35.44GM | 50383-0933-35 | $148 | |
| METRONIDAZOLE 0.75% VAG GEL 70GM | 00781-7077-87 | $88 | |
| **OFLOXACIN 0.3% OTIC DROP 5ML** | **61314-0015-05** | **$58** | |
| **OFLOXACIN 0.3% OTIC DROP 10ML** | **24208-0410-10** | **$98** | |
| PANTOPRAZOLE 40MG 90 CT 12/15 EXP\*\* 24 MIN | 00378-6689-77 | $6 | |
| PANTOPRAZOLE 40MG 1000CT 12/15 EXP\*\* | 00378-6689-10 | $78 | |
| **PRAVASTATIN 40MG 1000 COUNT** | **60505-0170-07** | **$248** | |

Sales pricing valid 5/28/15 – 6/4/15, or while supplies last. Prices subject to change. To order by fax simply fill this in quantity needed and fax back to 877-683-2065, your rep will call you to confirm order. $150 Minimum order. 2-3 days for shipping.

Pharmacy Name/Contact Number_____

Dislike faxes??? Join our email list for weekly specials. Email:_____

Fax # to be removed _____

**5/26/2015**



| | Phone | Email | Fax |
|---|---|---|---|
| | **502-650-9924** | **Robert@Kymeds.com** | **877-683-2065** |

# SAVE BIG ON PROPRANOLOL!

| PROPRANOLOL BLOWOUT!!!! | NDC | SALE | QTY |
|---|---|---|---|
| PROPRANOLOL 10MG 1000 COUNT 9/15** | 00378-0182-10 | $58 | |
| **PROPRANOLOL 10MG 1000 COUNT** | **MULTIPLE MANUF** | **$68** | |
| **PROPRANOLOL 20MG 1000 COUNT** | **00378-0183-10** | **$78** | |
| PROPRANOLOL 40MG 1000 COUNT 12/15** | 00378-0184-10 | $78 | |
| **PROPRANOLOL 40MG 1000 COUNT** | **00378-0184-10** | **$98** | |
| PROPRANOLOL 80MG 500 COUNT | MULTIPLE MANUF | $98 | |
| PROPRANOLOL 80MG 100 COUNT | 23155-0114-01 | $24 | |

| DESCRIPTION | NDC | SALE | QTY |
|---|---|---|---|
| ERYTHROMYCIN-BENZOYL 3%-5% 46.6GM GEL* | 45802-0083-86 | $98 | |
| HYDROXYCHLOROQUINE 200MG 100 COUNT | 63304-0296-01 | $158 | |
| LIDOCAINE 5% OINT 35.44GM | 50383-0933-35 | $168 | |
| METRONIDAZOLE 0.75% VAG GEL 70GM | 00781-7077-87 | $88 | |
| NOVOLIN 70/30 | 70/30 | $39 | |
| NOVOLIN N | N | $38 | |
| NOVOLIN R | R | $38 | |
| OFLOXACIN 0.3% OTIC DROP 5ML | 61314-0015-05 | $58 | |
| OFLOXACIN 0.3% OTIC DROP 10ML | 24208-0410-10 | $98 | |
| PRAVASTATIN 40MG 1000 COUNT | 60505-0170-07 | $248 | |

Sales pricing valid 6/4/15 – 6/11/15, or while supplies last. Prices subject to change. To order by fax simply fill in quantity needed and fax back to 877-683-2065. $150 Minimum order. 2-3 days for shipping.  **LIMITED QUANTITY!
Pharmacy Name/Contact Number_____

Dislike faxes??? Join our email list for weekly specials. Email:_____

Fax # to be removed _____

06-11-2015 6:57　　　　877-683-2065　　　　　　　D 1/1



**Phone**　　**Email**　　**Fax**

**502-650-9924  Robert@Kymeds.com  877-683-2065**

## CALL FOR BEST PRICES!

| DESCRIPTION | NDC | SALE | QTY |
|---|---|---|---|
| CLOMIPRAMINE 50MG 100 COUNT | 00781-2037-01 | $698 | |
| ERYTHROMYCIN-BENZOYL 3%-5% 46.6GM GEL | 45802-0083-86 | $98 | |
| **HYDROXYCHLOROQUINE 200MG 500 COUNT** | **63304-0296-05** | **$788** | |
| LEVOTHYROXINE 50MG 1000 TAB  2/16 DATING | 00781-5181-10 | $148 | |
| LEVOTHYROXINE 75MG 1000 TAB  12/15 DATING | 00781-5182-10 | $158 | |
| LEVOTHYROXINE 125MG 1000 TAB 1/16 DATING | 00781-5186-10 | $168 | |
| **LEVOTHYROXINE 150MG 1000 TAB 1/16 DATING** | **00781-5187-10** | **$178** | |
| METRONIDAZOLE 0.75% VAG GEL 70GM | 00781-7077-87 | $88 | |
| METRONIDAZOLE 0.75% TOP GEL 45GM | 00168-0275-45 | $38 | |
| **MOXIFLOXACIN TAB 400MG 30 CT 3/16 DATING** | **13668-0201-30** | **$168** | |
| OFLOXACIN 0.3% OTIC DROP 5ML | 61314-0015-05 | $58 | |
| OFLOXACIN 0.3% OTIC DROP 10ML | 24208-0410-10 | $98 | |
| TACROLIMUS CAP 5MG 100 COUNT 3/16 DATING | 00781-2104-01 | $168 | |
| TEMOZOLOMIDE 5 MG CAP 14 COUNT | 00781-2691-44 | $88 | |
| PRAVASTATIN 10 MG 500 COUNT | 68180-0485-02 | $88 | |
| PRAVASTATIN 20 MG 500 COUNT | 68180-0486-02 | $98 | |
| **PRAVASTATIN 40MG 1000 COUNT** | **60505-0170-07** | **$248** | |

Sales pricing valid 6/11/15 – 6/18/15, or while supplies last. Prices subject to change. To order by fax simply fill in quantity needed and fax back to 877-683-2065. $150 Minimum order. 2-3 days for shipping.

Pharmacy Name/Contact Number_____

Dislike faxes??? Join our email list for weekly specials. Email:_____

Fax # to be removed _____

'06-17-2015 13:12          877-683-2065          Arcare                    □ 1/1



| | Phone | Email | Fax |
|---|---|---|---|
| | 502-650-9924 | Robert@Kymeds.com | 877-683-2065 |

---

## Today's Special Offer
### Spend $1000 on generics and get 1 NAPROXEN SOD 550MG 500COUNT @ $149!
*Ndc 53746-0194-05 While supplies last, limit 1 *

---

| DESCRIPTION | NDC | SALE | QTY |
|---|---|---|---|
| **AMITRIPTYLLINE 25MG 100 COUNT** | **00781-1487-01** | **$16** | |
| BUPROPION ER TAB 300MG 500 COUNT | 67767-0142-05 | $328 | |
| **CARBAMAZEPINE 200MG 100 COUNT** | **13668-0268-01** | **$42** | |
| ECONAZOLE NITR CRM 1% 30GM | 51672-1303-02 | $88 | |
| ECONAZOLE NITR CRM 1% 85GM | 51672-1303-08 | $198 | |
| **ERYTHROMYCIN-BENZOYL 3%-5% 46.6GM GEL** | **45802-0083-86** | **$98** | |
| HYDROXYCHLOROQUINE 200MG 500 COUNT | 63304-0296-05 | $778 | |
| LIDOCAINE OINT 5% 35.44 GM | 50383-0933-35 | $168 | |
| OFLOXACIN 0.3% OTIC DROP 5ML | 61314-0015-05 | $58 | |
| OFLOXACIN 0.3% OTIC DROP 10ML | 24208-0410-10 | $98 | |
| **PANTOPRAZOLE 40MG 1000 COUNT 12/15 EXP** | **00378-6689-10** | **$68** | |
| PRAVASTATIN 40 MG 90 COUNT** | 68180-0487-09 | $28 | |
| PRAVASTATIN 40 MG 500 COUNT | 68180-0487-02 | $128 | |
| PRAVASTATIN 80 MG 90 COUNT** | 68180-0488-09 | $38 | |
| PRAVASTATIN 80 MG 500 COUNT | 68180-0488-02 | $198 | |

## Call for best prices!

Sales pricing valid 6/16/15 – 6/23/15, or while supplies last. Prices subject to change. To order by fax simply fill in quantity needed and fax back to 877-683-2065. $150 Minimum order. 2-3 days for shipping.  **ITEMS MINIMUM 3**

Pharmacy Name/Contact Number_____

Dislike faxes??? Join our email list for weekly specials. Email:_____

Fax # to be removed _____



**KYMeds**

| | Phone | Email | Fax |
|---|---|---|---|
| | **502-650-9924** | **Robert@Kymeds.com** | **877-683-2065** |

## Weekly Deal
### Buy $300 worth of generics below and get
### PROCTOSOL HC 2.5% CREAM 1 OZ 10631-0407-01 @ $17!!!

| DESCRIPTION | NDC | SALE | QTY |
|---|---|---|---|
| AMITRIPTYLLINE 25MG 100 COUNT | 00781-1487-01 | $16 | |
| CHLORPROMAZINE 10MG | 00781-5913-01 | $188 | |
| CHLORPROMAZINE 50MG | 00781-5915-01 | $348 | |
| **CHLORPROMAZINE 100MG** | **00832--030300** | **$498** | |
| CLOTRIMAZOLE+BETAMETHASONE CRM 45GM* | 66993-0898-45 | $18.98 | |
| CLOBETASOL GEL 30GM | 00168-0293-30 | $80 | |
| **ERYTHROMYCIN-BENZOYL 3%-5% 46.6GM GEL** | **45802-0083-86** | **$98** | |
| HYDROXYCHLOROQUINE 200MG 500 COUNT | 63304-0296-05 | $668 | |
| **LIDOCAINE OINTMENT 5% 50 GM** | **50383-0933-55** | **$215** | |
| LIDOCAINE OINTMENT 5% 35.44 GM | 50383-0933-35 | $168 | |
| **TACROLIMUS 5MG CAPS 100 COUNT 3/16 DATE** | **00781-2104-01** | **$138** | |

### Call for best prices!

Sales pricing valid 6/24/15 – 7/1/15, or while supplies last. Prices subject to change. To order by fax simply fill in quantity needed and fax back to 877-683-2065. $150 Minimum order. *For the CLOTRIMAZ+BETAMETH CRM 45GM 6 minimum.

Pharmacy Name/Contact Number_____

Dislike faxes??? Join our email list for weekly specials. Email:_____

Fax # to be removed _____



| | Phone | Email | Fax |
|---|---|---|---|
| | 502-650-9924 | Robert@Kymeds.com | 877-683-2065 |

## Limited Quantity Sale! Some at cost!!!!

| DESCRIPTION | NDC | SALE | QTY |
|---|---|---|---|
| CARBAMAZEPINE 200MG 100 COUNT | 60429-0032-01 | $38 | |
| **CARBAMAZEPINE 200MG 1000 COUNT** | **60429-0032-10** | **$298** | **8 REMAINING** |
| ERYTHROMYCIN-BENZOYL 3%-5% 46.6GM GEL | 45802-0083-86 | $98 | |
| HYDROXYCHLOROQUINE 200MG 100 COUNT | 63304-0296-01 | $158 | 6 REMAINING |
| HYDROXYCHLOROQUINE 200MG 500 COUNT | 63304-0296-05 | $668 | |
| LEVOTHYROXINE 75MCG 1000 COUNT 12/15 | 00781-5182-10 | $138 | 4 REMAINING |
| LEVOTHYROXINE 125MCG 1000 COUNT 1/16 | 00781-5186-10 | $148 | 6 REMAINING |
| LEVOTHYROXINE 150MCG 1000 COUNT 1/16 | 00781-5187-10 | $158 | 5 REMAINING |
| LIDOCAINE OINTMENT 5% 35.44 GM | 50383-0933-35 | $168 | |
| **MOXIFLOXACIN HCL 400MG 30 CT TABS 3/16** | **13668-0201-30** | **$88** | **20 REMAINING** |
| PROCTOSOL HC 2.5% CREAM 28.35 GM | 10631-0407-01 | $17 | |
| **PROPRANOLOL 10MG TAB 1000 CT 10/15** | **00378-0182-10** | **$68** | **8 REMAINING** |
| **PROPRANOLOL 40MG TAB 1000 CT 12/15** | **00378-0184-10** | **$88** | **4 REMAINING** |

Sales pricing valid 7/1/15 – 7/8/15, or while supplies last. Prices subject to change. To order by fax simply fill in quantity and fax back to 877-683-2065. $150 Minimum order.

Pharmacy Name/Contact Number_____

Dislike faxes??? Join our email list for weekly specials. Email:_____

Fax # to be removed _____



| | Phone | Email | Fax |
|---|---|---|---|
| | 502-650-9924 | Robert@Kymeds.com | 877-683-2065 |

## SHORT DATED AMITRIPT BLOWOUT SALE, UNBELEIVABLE PRICING!!!

| DESCRIPTION | NDC | SALE | QTY |
|---|---|---|---|
| AMITRIPTYLINE 10MG 100 CT 10/15 DATING | 00603-2212-21 | $8.88 | 36 REMAINING! |
| AMITRIPTYLINE 10MG 1000 CT 10/15 DATING | 00603-2212-32 | $48 | 49 REMAINING! |
| AMITRIPTYLINE 25MG 100 CT 10/15 DATING | 00603-2213-21 | $8.88 | 3 REMAINING! |
| AMITRIPTYLINE 50MG 100 CT 10/15 DATING | 00603-2214-21 | $18 | 22 REMAINING! |
| AMITRIPTYLINE 50MG 1000 CT 10/15 DATING | 00603-2214-32 | $148 | 17 REMAINING! |
| AMITRIPTYLINE 100MG 100 CT 10/15 DATING | 00603-2216-21 | $38 | 22 REMAINING! |
| HYDROXYCHLOROQUINE 200MG 100 COUNT | 63304-0296-01 | $158 | 5 REMAINING! |
| HYDROXYCHLOROQUINE 200MG 500 COUNT | 63304-0296-05 | $668 | |
| LIDOCAINE 5% OINT 35.44GM | 50383-0933-35 | $168 | |

Sales pricing valid 7/6/15 – 7/13/15, or **while supplies last**. Prices subject to change. To order by fax simply fill in quantity and fax back to 877-683-2065. $150 Minimum order.

Pharmacy Name/Contact Number_____

Dislike faxes??? Join our email list for weekly specials. Email:_____

Fax # to be removed _____

07-15-2015 8:07                877-683-2065              Arcare                        D 1/1



|  | **Phone** | **Email** | **Fax** |
|---|---|---|---|
|  | 502-650-9924 | Robert@Kymeds.com | 877-683-2065 |

## First Come First Served On These Hot Short Dates! Limited Quantities!

| DESCRIPTION | EXP DATE | NDC | SALE | QUANTITY | ORDER |
|---|---|---|---|---|---|
| ATORVASTATIN 80 MG 1000 CT | 1/16 | 60505-2671-08 | $98 | 6 REMAINING! | |
| AMITRIPTYLINE 10 MG 100 CT | 10/15 | 00603-2212-21 | $6.88 | 32 REMAINING! | |
| **AMITRIPTYLINE 10 MG 1000 CT** | **10/15** | **00603-2212-32** | **$38** | **48 REMAINING!** | |
| AMITRIPTYLINE 50 MG 100 CT | 10/15 | 00603-2214-21 | $18 | 22 REMAINING! | |
| AMITRIPTYLINE 50 MG 1000 CT | 10/15 | 00603-2214-32 | $138 | 11 REMAINING! | |
| **HYDROXYCHLOROQUINE 200MG 500CT** | **2/16** | **63304-0296-05** | **$528** | **13 REMAINING!** | |
| LATANOPROST .005%OPTH SOL 3X2.5ML | 12/15 | 61314-0547-03 | $2.98 | 62 REMAINING! | |
| METRONIDAZOLE 0.75% TOP GEL 45 GM | 4/16 | 00168-0275-45 | $28 | 45 REMAINING! | |
| MOXIFLOXACIN 400 MG 30 CT | 3/16 | 13668-0201-30 | $88 | 19 REMAINING! | |
| **PRAVASTATIN 20 MG 90 COUNT** | **4/16** | **00781-5232-92** | **$13** | **21 REMAINING!** | |
| **PRAVASTATIN 40 MG 90 COUNT** | **4/16** | **00781-5234-92** | **$16** | **24 REMAINING!** | |
| TACROLIMUS 5 MG CAPS 100 CT | 3/16 | 00781-2104-01 | $108 | 17 REMAINING! | |

WWW.KYMEDS.COM

Sales pricing valid 7/15/15 – 7/22/15, or while supplies last. Prices subject to change. To order by fax simply fill in quantity and fax back to 877-683-2065. $150 Minimum order.

Pharmacy Name/Contact Number_____

Dislike faxes??? Join our email list for weekly specials. Email:_____

Fax # to be removed _____



| | Phone | Email | Fax |
|---|---|---|---|
| | 502-650-9924 | Robert@Kymeds.com | 877-683-2065 |

## Please see below for this week's specials!!!

| DESCRIPTION | EXP DATE | NDC | SALE | QUANTITY | ORDER |
|---|---|---|---|---|---|
| ATORVASTATIN 80MG 1000 COUNT | 10/15 | 60505-2671-08 | $98 | 3 REMAINING | |
| ATORVASTATIN 80MG 1000 COUNT | 1/16 | 60505-2671-08 | $98 | 1 REMAINING | |
| ERYTHROMYCIN-BENZOYL 3-5%  46.6GM | 1/17 | 45802-0083-86 | $148 | 34 REMAINING | |
| LIDOCAINE 5% OINTMENT 35 GM | 2/17 | 50383-0933-35 | $165 | 119 REMAINING | |
| LIDOCAINE 5% OINTMENT 50 GM | 12/16 | 51672-3008-03 | $195 | 91 REMAINING | |
| METRONIDAZOLE 0.75% TOP GEL 45GM | 4/16 | 00168-0275-45 | $28 | 20 REMAINING | |
| METRONIDAZOLE 0.75% VAG GEL 70GM | 3/17 | 00781-7077-87 | $78 | 85 REMAINING | |
| NAPROXEN SOD 550MG 500 COUNT | 2/17 | 53746-0194-05 | $695 | 14 REMAINING | |
| OFLOXACIN 0.3% OTIC DROP 5 ML | 8/16 | 61314-0015-05 | $55 | 30 REMAINING | |
| OFLOXACIN 0.3% OTIC DROP 10 ML | 12/16 | 24208-0410-10 | $95 | 15 REMAINING | |
| PROPRANOLOL 40 MG 1000 | 12/15 | 00378-0184-10 | $69 | 12  REMAINING | |

Sales pricing valid 7/22/15 – 7/29/15, or **while supplies last.** Prices subject to change. To order by fax simply fill in quantity and fax back to 877-683-2065. $150 Minimum order.

Pharmacy Name/Contact Number_____

Dislike faxes??? Join our email list for weekly specials. Email:_____

Fax # to be removed _____

07-30-2015 9:13          877-683-2065                              □ 1/1



# KYMeds
Your First Secondary Choice

| | Phone | Email | Fax |
|---|---|---|---|
| | **877-559-5963** | **Robert@Kymeds.com** | **877-683-2065** |

| DESCRIPTION | NDC | SALE | QUANTITY | ORDER |
|---|---|---|---|---|
| ERYTHROMYCIN-BENZOYL 3-5% 46.6GM | 45802-0083-86 | $148 | 34 REMAINING | |
| **GABAPENTIN 600 MG TAB 500 COUNT** | **31722-0405-05** | **$48** | **10 REMAINING** | |
| **GABAPENTIN 800 MG TAB 500 COUNT** | **31722-0406-05** | **$55** | **10 REMAINING** | |
| LIDOCAINE 5% OINTMENT 50 GM | 51672-3008-03 | $195 | 79 REMAINING | |
| LIDOCAINE 5% OINTMENT 50 GM | 50383-0933-55 | $228 | 36 REMAINING | |
| **OMEPRAZOLE DR 20 MG CAP 1000 CT** | **60505-0065-01** | **$38** | **10 REMAINING** | |
| PRAVASTATIN 20 MG 90 COUNT 4/16 | 00781-5232-92 | $13 | 32 REMAINING | |
| PRAVASTATIN 40 MG 90 COUNT 4/16 | 00781-5234-92 | $16 | 32 REMAINING | |
| **PROPRANOLOL 80 MG 100 COUNT** | **23155-0114-01** | **$20** | **47 REMAINING** | |
| **PROPRANOLOL 80 MG 500 COUNT** | **MULT NDCS** | **$68** | **65 REMAINING** | |

Sales pricing valid 7/30/15 – 8/6/15, or **while supplies last**. Prices subject to change. To order by fax simply fill in order
and fax back to 877-683-2065. $150 Minimum order.

Pharmacy Name _____ Contact Name _____

Contact Number _____

Dislike faxes??? Join our email list for weekly specials. Email: _____

Fax # to be removed _____



**KYMeds**

Your First Secondary Choice

| | Phone | Email | Fax |
|---|---|---|---|
| | 877-559-5963 | Robert@Kymeds.com | 877-683-2065 |

| DESCRIPTION | NDC | SALE | QUANTITY | ORDER |
|---|---|---|---|---|
| ERYTHROMYCIN-BENZOYL 3-5%  23.3GM | 45802-0083-02 | $78 | 20 REMAINING | |
| ERYTHROMYCIN-BENZOYL 3-5%  46.6GM | 45802-0083-86 | $148 | 90 REMAINING | |
| GABAPENTIN 600 MG TAB 500 COUNT* | 31722-0405-05 | $48 | 12 REMAINING | |
| GABAPENTIN 800 MG TAB 500 COUNT* | 31722-0406-05 | $55 | 11 REMAINING | |
| HYDROXYCHLOROQUINE 200 MG 100 CT *2/16 DATING | 68382-0096-01 | $98 | 94 REMAINING | |
| PHENYTOIN SOD EXT 100 MG CAP 100 CT | 65162-0212-10 | $26 | 12 REMAINING | |
| PHENYTOIN SOD EXT 100 MG CAP 500 CT | 65162-0212-50 | $108 | 6 REMAINING | |
| PRAVASTATIN 20 MG 90 COUNT 4/16* | 00781-5232-92 | $13 | 32 REMAINING | |
| PRAVASTATIN 40 MG 90 COUNT 4/16* | 00781-5234-92 | $16 | 25 REMAINING | |

Sales pricing valid 8/4/15 – 8/11/15, or **while supplies last.** Prices subject to change. To order by fax simply fill in order and fax back to 877-683-2065. $150 Minimum order. *We may be able to order more of a limited quantity item, ask your rep for details.

Pharmacy Name_____Contact Name_____

Contact Number_____

Dislike faxes??? Join our email list for weekly specials. Email:_____

Fax # to be removed _____

- 03-01-2016 10:21          877-683-2065          Arcare          D 1/1



# KYMeds
**Specialized Generic Wholesaler**

| | Phone | Email | Fax |
|---|---|---|---|
| | 502-632-0470 | Al@Kymeds.com | 877-683-2065 |

**Register today at www.KyMeds.com**

| DESCRIPTION | NDC/MANUF | SALE | ORDER |
|---|---|---|---|
| ADAPALENE 0.3% GEL 45 GM | 00472-0126-45 | $128 | |
| CARBAMAZEPINE 200 MG 100 COUNT | 51672-4005-01 | $38 | |
| CARBAMAZEPINE 200 MG 1000 COUNT | 51672-4005-03 | $368 | |
| CDP W/ CLINDINIUM 5/2.5MG CAPS 100 COUNT | 76439-0302-10 | $98 | |
| CITALOPRAM 20 MG 500 COUNT | 65162-0053-50 | $10 | |
| CITALOPRAM 40 MG 500 COUNT | 65162-0054-50 | $12 | |
| DICLOFENAC 1.5% TOP SOL 150 ML | 60505-0399-05 | $92 | |
| DOXYCYCLINE HYCLATE 100 MG CAP 500 COUNT 11/16 EXP* | 00143-9803-05 | $128 | |
| ECONAZOLE NITRATE 1% CREAM 85 GM | 52565-0022-85 | $129 | |
| ERYTHROMYCIN BENZOYL GE 3-5% 46.6 GM | 45802-0083-86 | $158 | |
| ERYTHROMYCIN BENZOYL GE 3-5% 46.6 GM | 00781-7094-59 | $158 | |
| ESOMEPRAZOLE MAG 40 MG 90 COUNT | 31722-0573-90 | $158 | |
| FLUTICASONE NAS SPRAY 50 MCG | 60432-0264-15 | $3.15 | |
| LIDOCAINE-PRILOCAINE 2.5-2.5% CRM 30 GM | 0115-1468-45 | $18 | |
| METFORMIN 500 MG 500 COUNT | AMNEAL OR ASCEND | $9 | |
| METRONIDAZOLE VAG GEL .75% 70 GM | 00781-7077-87 | $48 | |
| NAPROXEN 550 MG 500 COUNT | 53746-0194-05 | $119 | |
| OMEGA-3 1GM 120 CAP | 65162-0034-16 | $74 | |
| PROPRANOLOL 80 MG 100 COUNT | 23155-0114-01 | $19 | |
| PROPRANOLOL 80 MG 500 COUNT   6/16 EXP | 16714-0025-11 | $38 | |
| VALSARTAN 80 MG 1000 COUNT 11/16 EXP | 00591-2158-10 | $58 | |
| VALSARTAN 320 MG 1000 COUNT  9/16 EXP | 00591-2170-05 | $68 | |

Pricing valid through 3/07/16, or **while supplies last.** To order by fax simply fill in order and fax back to 877-683-2065.
$150 Minimum order. *ITEMS SHIP IN 1 – 3 DAYS AND ARE NON RETURNABLE. **LIMITED QUANTITIES*

Pharmacy Name_____Contact Name_____
Contact Number_____
Fax # to be removed _____   Join Email List, Email to add_____



**KyMeds**
Specialized Generic Wholesaler

| Phone | Email | Fax |
| --- | --- | --- |
| 502-632-0470 | AI@Kymeds.com | 877-683-2065 |

Register today at www.KyMeds.com

| DESCRIPTION | NDC/MANUF | SALE | ORDER |
| --- | --- | --- | --- |
| ADAPALENE 0.3% GEL 45 GM | 00472-0126-45 | $128 | |
| CARBAMAZEPINE 200 MG 1000 COUNT | 51672-4005-03 | $368 | |
| CHLORPROMAZINE 10 MG 100 COUNT | SANDOZ OR UPSHER SMITH | $185 | |
| CHLORPROMAZINE 25 MG 100 COUNT | 00832-0301-00 | $258 | |
| CHLORPROMAZINE 50 MG 100 COUNT | SANDOZ OR UPSHER SMITH | $299 | |
| CHLORPROMAZINE 100 MG 100 COUNT | 00781-5916-01 | $449 | |
| CHLORPROMAZINE 200 MG 100 COUNT | 00832-0304-00 | $658 | |
| CLOMIPRAMINE 50 MG 100 COUNT  9/16 EXPIRATION* | 00781-2037-01 | $499 | |
| DIVALPROEX SOD SPR 125 MG 1000 COUNT | 53302-0106-10 | $398 | |
| DICLOFENAC SOD GEL 3% 100GM | 00115-1483-61 | $579 | |
| DICLOFENAC 1.5% TOP SOL 150 ML | 60505-0399-05 | $92 | |
| DOXYCYCLINE HYCLATE 100 MG CAP 500 COUNT 11/16 EXP* | 00143-9803-05 | $128 | |
| ECONAZOLE NITRATE 1% CREAM 85 GM | 52565-0022-85 | $129 | |
| ERYTHROMYCIN BENZOYL GE 3-5%  46.6 GM | 00781-7094-59 | $158 | |
| ESOMEPRAZOLE 20 MG 90 COUNT | 13668-0154-90 | $138 | |
| ESOMEPRAZOLE MAG 40 MG 90 COUNT | 31722-0573-90 | $158 | |
| FENOFIBRATE 145 MG 500 COUNT | 00378-3066-05 | $348 | |
| FLUTICASONE NAS SPRAY 50 MCG | 60432-0264-15 | $3.15 | |
| HYDROXYCHLOROQUINE 200 MG 100 COUNT | 68304-0296-01 | $94 | |
| LIDOCAINE 5% 35 GM OINT | 50383-0933-35 | $99 | |
| LIDOCAINE 5% 50 GM OINT | 65162-0918-53 | $135 | |
| LIDOCAINE-PRILOCAINE 2.5-2.5% CRM 30 GM | 0115-1468-45 | $18 | |
| METRONIDAZOLE VAG GEL .75% 70 GM | 00781-7077-97 | $48 | |
| NAPROXEN 550 MG 500 COUNT | 53746-0194-05 | $119 | |
| OMEGA-3 1GM 120 CAP | 65162-0034-16 | $74 | |
| VANCOMYCIN HCL 125 MG 20 COUNT | 68180-0166-13 | $109 | |
| VANCOMYCIN HCL 250 MG 20 COUNT | 68180-0167-13 | $199 | |

Pricing valid through 3/14/16, or **while supplies last**. To order by fax simply fill in order and fax back to 877-683-2065.
$150 Minimum order. * *ITEMS SHIP IN 1 – 3 DAYS AND ARE NON RETURNABLE.  **LIMITED QUANTITIES*

Pharmacy Name_____Contact Name_____

Contact Number_____

Fax # to be removed _____      Join Email List, Email to add_____



| | Phone | Email | Fax |
|---|---|---|---|
| | 502-632-0470 | Al@Kymeds.com | 877-683-2065 |

| DESCRIPTION | NDC/MANUF | SALE | ORDER |
|---|---|---|---|
| ADAPALENE 0.3% GEL 45 GM | 00472-0126-45 | $128 | |
| AMITRIPTYLINE 50 MG 100 COUNT 11/16 EXP | 00378-2650-01 | $28 | |
| BENAZEPRIL 12.5MG 30 COUNT  10/16 EXP | 60505-0263-01 | $48 | |
| CARBAMAZEPINE 200 MG 1000 COUNT | 51672-4005-03 | $368 | |
| DANAZOL 200 MG 60 COUNT | 00527-1369-06 | $348 | |
| DICLOFENAC 1.5% TOP SOL 150 ML | 60505-0399-05 | $92 | |
| ECONAZOLE NITRATE 1% CREAM 15 GM | 52565-0022-15 | $29 | |
| ECONAZOLE NITRATE 1% CREAM 85 GM | 52565-0022-85 | $129 | |
| ERYTHROMYCIN BENZOYL GE 3-5% 46.6 GM | 00781-7094-59 | $158 | |
| ESOMEPRAZOLE 20 MG 90 COUNT | 13668-0154-90 | $138 | |
| ESOMEPRAZOLE MAG 40 MG 90 COUNT | 31722-0573-90 | $158 | |
| FLUOCINONIDE .1% CREAM 30 GM  11/16 EXP | 00168-0457-30 | $148 | |
| FLUOCINOLONE SOL .01% 60ML  9/16 EXP | 00168-0059-60 | $59 | |
| FLUOCINOLONE ACET OINT .25% 60GM 4/16 EXP | 00168-0064-60 | $24 | |
| FLUTICASONE NAS SPRAY 50 MCG | 60432-0264-15 | $3.15 | |
| HYDROXCHLOROQUINE 200 MG 100 COUNT | 63304-0296-01 | $94 | |
| LIDOCAINE 5% 35 GM OINT | 50383-0933-35 | $99 | |
| LIDOCAINE 5% 50 GM OINT | 65162-0918-53 | $135 | |
| METRONIDAZOLE VAG GEL .75% 70 GM | 00781-7077-87 | $48 | |
| MOXIFLOXACIN 400MG 30 CT | 13668-0201-30 | $75 | |
| NAPROXEN 550 MG 500 COUNT | 53746-0194-05 | $119 | |
| OLANZAPINE ODT 5MH/30 COUNT 10/16 EXP | 13668-0086-30 | $15 | |
| OMEGA-3 1GM 120 CAP | 65162-0034-16 | $74 | |
| OXYBUTYNIN 5 MG 1000 COUNT | 00603-4975-32 | $238 | |
| TACROLIMUS .03% 60GM OINT 11/16 EXP | 00168-0417-60 | $79 | |
| TRIAMCINOLONE ACET 0.1% 16 OZ 1/17 EXP | 00168-0006-16 | $12 | |

Pricing valid 3/15/16- 3/21/16, or while supplies last. To order by fax simply fill in order and fax back to 877-683-2065. $150 Minimum order. * ITEMS SHIP IN 1 – 3 DAYS AND ARE NON RETURNABLE.

Pharmacy Name_____Contact Name_____Fax # to be removed _____ Join Email List, Email to add_____



**KyMeds**
Specialized Generic Wholesaler

| Phone | Email | Fax |
|---|---|---|
| 502-632-0470 | Al@Kymeds.com | 877-683-2065 |

Register today at www.KyMeds.com

## Special deal of the week, TEMOZOLOMIDE  - <u>THOUSANDS BELOW AWP!!</u>

| DESCRIPTION *TEMOZOLOMIDE SHIPS WEEK OF 3/28* | NDC | SALE | ORDER |
|---|---|---|---|
| TEMOZOLOMIDE 140 MG 14 CAPS (TEMODAR) | 47335-0929-21 | $999 | |
| TEMOZOLOMIDE 180 MG 14 CAPS (TEMODAR) | 47335-0930-21 | $1599 | |

| DESCRIPTION | NDC/MANUF | SALE | ORDER |
|---|---|---|---|
| CALCIPOTRIENE CRM 0.005% 120 GM | 68462-0501-66 | $299 | |
| DICLOFENAC SOD GEL 3% 100GM | 00115-1483-61 | $549 | |
| DICLOFENAC 1.5% TOP SOL 150 ML | 60505-0399-05 | $92 | |
| ECONAZOLE NITR CRM 1% 85 GM | 52565-0022-85 | $129 | |
| ERYTHROMYCIN 2% GEL 60 GM   10/16 EXP | 00168-0216-60 | $49.99 | |
| FLUOCINONIDE .1% CRM 30 GM   11/16 EXP | 00168-0457-30 | $159 | |
| FLUOCINONIDE .1% CRM 60 GM | 68462-0505-65 | $428 | |
| FLUOCINONIDE .1% CRM 120 GM | 68462-0505-66 | $689 | |
| LIDOCAINE 5% 35 GM OINT NEW FOUGERA | 00168-0204-37 | $85 | |
| LIDOCAINE 5% 50 GM OINT | 65162-0918-53 | $128 | |
| TACROLIMUS .03% OINT 60 GM   11/16 EXP | 00168-0417-60 | $79 | |
| TACROLIMUS .03% OINT 100 GM   11/16 EXP | 00168-0417-99 | $149 | |

## Let us know your top four items, and we will see if we can save you money!

| DESCRIPTION | NDC/MANUF | PRICING NEEDED | MONTHLY USAGE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Pricing valid 3/21/16- 3/28/16, or **while supplies last.** To order by fax simply fill in order and fax back to 877-683-2065. $150 Minimum order. * *ITEMS SHIP IN 1 – 3 DAYS AND ARE NON RETURNABLE.*
Pharmacy Name_____Contact Name/Phone_____
Fax # to be removed _____ Join Email List, Email to add_____ .