## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| ARcare d/b/a Parkin Drug Store ) | |
| ) | **No. 4:16-cv-199-KGB** |
| Plaintiff ) | |
| v. ) | |
| ) | |
| KY MEDS, INC., ) | |
| ) | **Demand for Jury Trial** |
| Defendant. ) | |
| ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff ARcare, Inc. d/b/a Parkin Drug Store, by and through counsel, hereby dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i), with each party to bear its own attorney's fees and costs.

DATED: June 24, 2016                    Respectfully submitted,

By:   */s/ Randall K. Pulliam*
Randall K. Pulliam (ABN 98105)
rpulliam@cbplaw.com
Joseph H. "Hank" Bates
hbates@cbplaw.com
James Allen Carney
acarney@cbplaw.com
**CARNEY BATES & PULLIAM, PLLC**
2800 Cantrell Rd., Suite 510
Little Rock, Arkansas 72202
Telephone:  (501) 312-8500
Facsimile:  (501) 312-8505

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 24, 2016, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

                                  */s/ Randall K. Pulliam*
                                  Randall K. Pulliam