IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARCARE d/b/a PARKIN DRUG STORE,
On behalf of itself and all other similarly situated                                   PLAINTIFF

v.                             Case No. 4:16-cv-000199-KGB

KY MEDS, INC.                                                                         DEFENDANT

## ORDER

Before this Court is plaintiff ARcare, Inc.'s d/b/a Parkin Drug Store's ("ARcare") notice of voluntary dismissal with prejudice (Dkt. No. 9). This Court grants ARcare's voluntary dismissal with prejudice, with each party to bear its own attorney's fees and costs.

So ordered this the 5th day of December, 2016.

_____
Kristine G. Baker
United States District Court Judge